# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ANTHONY JONES,

        Plaintiff,

v.

Case No. 16-10711
Hon. Terrence G. Berg
Hon. Mona K. Majzoub

WARREN EVANS,

        Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. 15)

This matter is before the Court on Magistrate Judge Mona K Majzoub's August 29, 2017 Report and Recommendation, Dkt. 15, recommending that Plaintiff's Complaint, Dkt. 1, be **DISMISSED** pursuant to Fed. R. Civ. P. 41(b), for failure to prosecute.

The Court has reviewed the Magistrate Judge's Report and Recommendation. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of a report and recommendation. 28 U.S.C. § 636(b)(1). The district court will make a "*de novo* determination of those portions of the report . . . to which objection is made." *Id.*

Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). The Court will therefore accept the Magistrate's Report and Recommendation of August 29, 2017 as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Majzoub's Report and Recommendation of August 29, 2017 is **ACCEPTED** and **ADOPTED**.

**SO ORDERED.**

Dated: October 27, 2017      s/Terrence G. Berg
                             TERRENCE G. BERG
                             UNITED STATES DISTRICT JUDGE

### Certificate of Service

I hereby certify that this Order was electronically filed, and the parties and/or counsel of record were served on October 27, 2017.

s/A. Chubb
Case Manager